**Order entered May 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00782-CV

**EBAY INC., Appellant**

**V.**

**MARY KAY INC., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1403318**

## ORDER

Before the Court is appellee's April 30, 2015 motion for leave to file a post-submission letter brief. We **GRANT** the motion. Appellee's post-submission letter brief, which was tendered along with the motion, is deemed filed as of the date of this order.

/s/     CRAIG STODDART
         PRESIDING JUSTICE